UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

David Pfeffer,
    Plaintiff(s)

v.       Case Number 1:16cv06
    ( J. Beckwith ; Litkovitz, MJ )

National Credit Systems, Inc.,
    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference (via telephone)

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** none present
**COURT REPORTER:** none present
**DATE:** April 25, 2016      **TIME:** 3:30 pm

Attorney for Plaintiff(s): David Fierst

Attorney for Defendant(s): Charity Olson

### PROCEDURES

_X_ Counsel Present.

_X_ Schedule set as follows: Scheduling conf. rescheduled to Thurs. 5-5-16 @ 2:00pm

___ Order to issue.
J:\Art\HILLAW\FORMS\Minutes\MINUTES-scheduling.wpd

Parties were directed to file their Rule 26f report with the court before the scheduling conf. on 5-5-16. π directed to file their amended complaint before the 5-5-16 scheduling conf.