# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

David Pfeffer,
    Plaintiff(s),

                v.            Case No. 1:16cv06
                                ( J. Beckwith ; Litkovitz M.J.)

National Credit Systems, Inc.,
    Defendant(s).

## CIVIL MINUTES
### STATUS CONFERENCE (via telephone)

**HONORABLE KAREN L. LITKOVITZ, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Jonathan Pyles
**COURT REPORTER:** none present
**DATE:** May 5, 2016        **TIME:** 2:00 pm

---

Attorney for Plaintiff(s): _____
David J. Fierst

Attorney for Defendant(s): _____
Charity A. Olson

## PROCEDURES

✔ Counsel Present.

✔ Order to issue.

Remarks: Case set for a follow-up telephone status conf. before MJ Litkovitz on Tues. 9-6-16 @ 3:00pm