IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| David Pfeffer, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:16cv6 |
| | : Judge Susan J. Dlott |
| National Credit Systems, Inc., | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 18, 2017 a Report and Recommendation (Doc. 48). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 50).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion for summary judgment (Doc. 27) is GRANTED as to plaintiff's claim that defendant violated the bankruptcy stay. The motion is DENIED as to plaintiff's claims under the Fair Credit Reporting Act, the Fair Debt Collection Practices Act, and the Ohio Consumer Sales Practices Act.

IT IS SO ORDERED.

\_\_\_s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court