UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID PFEFFER,
    Plaintiff,

vs.

NATIONAL CREDIT SYSTEMS, INC.,
    Defendant.

Case No. 1:16-cv-006
Dlott, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motion to request mediation. (Doc. 53). For good cause shown, the motion is **GRANTED**. By separate Order issued this date, this case will be referred to Attorney-Based Mediation pursuant to the Court's Alternative Dispute Resolution Program.

**IT IS SO ORDERED.**

Date: 3/15/18

Karen L. Litkovitz
United States Magistrate Judge